No. 121. UNITED STATES *v.* MASON & HANGER COM-PANY; and

No. 122. UNITED STATES *v.* NORTHEASTERN CONSTRUC-TION COMPANY. Appeals from the Court of Claims. Re-argued March 2, 5, 1923. Decided April 9, 1923. *Per Curiam.* Upon rehearing, the former opinions, as well as the judgments heretofore rendered, are affirmed. *Mr. Ralph E. Moody,* Special Assistant to the Attorney Gen-eral, with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. George A. King, Mr. William B. King* and *Mr. George R. Shields,* for appellees, submitted. [For the former opinions, see 260 U. S. 323, 326.]

---

PETITIONS FOR CERTIORARI GRANTED, FROM JANUARY 30, 1923, TO AND INCLUDING APRIL 9, 1923.

No. 820. GREAT NORTHERN RAILWAY COMPANY *v.* McCAULL-DINSMORE COMPANY. February 26, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Mr. F. G. Dorety* and *Mr. Reuben J. Hagman* for petitioner. *Mr. Frederick M. Miner* for respondent.

---

No. 823. FARMERS AND MERCHANTS BANK OF MONROE, NORTH CAROLINA, ET AL. *v.* FEDERAL RESERVE BANK OF RICHMOND, VIRGINIA. February 26, 1923. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina granted. *Mr. Alex W. Smith* and *Mr. John J. Parker* for petitioners. *Mr. M. G. Wallace, Mr. H. W. Anderson* and *Mr. H. G. Connor, Jr.,* for re-spondent.